# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No.  CV 15-9642-RGK (PLA)                                                    Date  February 8, 2016

Title:   Richard Jackson v. E. Grant, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS                                    ☐ U.S. DISTRICT JUDGE
                                                                              ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
             NONE                                              NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of December 17, 2015, plaintiff was ordered to pay an initial partial filing fee of $10.00 within thirty (30) days of the date of the order (i.e., by January 18, 2016).  The $10.00 partial filing fee has not been received by the Court.  Accordingly, **no later than March 7, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $10.00 filing fee by the Court on or before **March 7, 2016**, shall be deemed compliance with this Order to Show Cause.


cc:     Richard Jackson, Pro Se


                                                                              Initials of Deputy Clerk____ch____

CV-90 (10/98)                                   CIVIL   MINUTES  -  GENERAL