# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD JACKSON, | No. CV 15-9642-RGK (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| E. GRANT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed for failure to state a claim.

DATED: November 30, 2017

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE